```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


HENRY LANEHEART                                      CIVIL ACTION

VERSUS                                               NO. 11-3197

WARDEN HOWARD PRINCE                                 SECTION "A"(6)
ELAYN HUNT CORRECTIONAL CENTER
```

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Henry Laneheart for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE