UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HENRY LANEHEART**                                       **CIVIL ACTION**

**VERSUS**                                                **NO. 11-3197**

**WARDEN HOWARD PRINCE**                                  **SECTION "A"(6)**
**ELAYN HUNT CORRECTIONAL CENTER**

<u>ORDER</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Henry Laneheart for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of June, 2013.

UNITED STATES DISTRICT JUDGE